■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JASON JOHNSON, Appellant. [725 NYS2d 576] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Marrus, J.), rendered February 24, 1997, convicting him of murder in the first degree and robbery in the first degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the prosecution (*see, People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see,* CPL 470.15 [5]).

The defendant has not preserved for appellate review his contention that the jury charge regarding interested witnesses was unbalanced (*see,* CPL 470.05 [2]; *People v Udzinski,* 146 AD2d 245). In any event, the trial court's charge adequately conveyed to the jury the appropriate standards for evaluating witness testimony (*see, People v Inniss,* 83 NY2d 653; *People v Smith,* 240 AD2d 600).

The sentence imposed was not excessive (*see, People v Suitte,* 90 AD2d 80).

The defendant's remaining contention is without merit. Krausman, J. P., Florio, Feuerstein and Cozier, JJ., concur.